and *Wm. Marshall Bullitt* for respondents.

No. 996. ALEXANDER *v.* MISSOURI STATE LIFE INSURANCE Co. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ralph F. Potter* for petitioner. *Mr. William E. Lamb* for respondent.

No. 1005. JOHNSON, DRAKE & PIPER, INC. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clark R. Fletcher* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John MacC. Hudson* for respondent.

No. 1009. TELMAN *v.* UNITED STATES. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. George R. Craig* for petitioner. *Solicitor General Biggs* for the United States.

No. 1010. GOLDSMITH *v.* NEW YORK LIFE INSURANCE Co. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Perry Post Taylor* and *Ben L. Shifrin* for petitioner. *Messrs. James C. Jones, Lon O. Hocker, Frank Y. Gladney, James C. Jones, Jr.,* and *Louis H. Cooke* for respondent.

No. 1021. UNITED STATES RADIATOR CORP. *v.* HENDERSON ET AL. May 28, 1934. Petition for writ of certiorari